**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

**PARTIES REPRESENTED LIST**

**Silvergate Bank** and **Silvergate Capital Corporation** - defendants in the following potential tag-along actions: (1) *Bhatia v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00667); (2) *Keane v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00670); and (3) *Magleby, et al.*, *v. Silvergate Bank, et al.*, (N.D. Cal. Case No. 3:23-cv-00669).

**Alan J. Lane** – defendant in the following potential tag-along action: (1) *Bhatia v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00667).

# BEFORE THE UNITED STATES JUDICIAL PANEL

# ON MULTIDISTRICT LITIGATION

**IN RE:** FTX Cryptocurrency Exchange Collapse Litigation      MDL No. 3076

## CORPORATE DISCLOSURE STATEMENT
## SCHEDULE OF ACTIONS

| | Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Matson Magleby and Golam Sakline | Silvergate Bank and Silvergate Capital Corporation | United States District Court for the Northern District of California | 3:23-cv-00669 (Potential tag-along action) | Alex G Tse, Magistrate Judge |
| 2. | Soham Bhatia | Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane | United States District Court for the Northern District of California | 3:23-cv-00667 (Potential tag-along action) | Alex G Tse, Magistrate Judge |
| 3. | Nicole Keane | Silvergate Bank and Silvergate Capital Corporation | United States District Court for the Northern District of California | 3:23-cv-00670 (Potential tag-along action) | James Donato |