BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

MDL No. **3076**

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing The Silvergate Respondents' *Reasons Why Oral Argument Should Be Heard* were served on all parties in the seventeen actions listed on Petitioners' Schedule of Actions (Dkt. No. 73-1) electronically via ECF, or as indicated below, on March 24, 2023.

**Garrison et al v. Bankman-Fried et al, Case No.: 1:22-CV-23753**
**US District Court for the Southern District of Florida**

**Served via Email**

Jeremy D. Mishkin
Montgomery McCracken Walker
& Rhoads LLP
1735 Market St.
Philadelphia, PA 19103-7505
215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Sam Bankman-Fried**

Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Telemachus Kasulis**
Morvillo Abramowitz Grand Iason
& Anello PC
565 Fifth Ave
New York, NY 10017
212-880-9555
tkasulis@maglaw.com
**Counsel for Defendant Dan Friedberg**

**Andrew Goldstein**
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
202 842 7800
agoldstein@cooley.com
**Counsel for Defendant Nishad Singh**

**Alex B. Miller**
Fried Frank
One New York Plaza
New York, NY 10004
212-859-8000
alex.miller@friedfrank.com
**Counsel for Defendant Gary Wang**

**Served via Mail**

Defendant Stephen Curry
28 Selby Ln
Atherton, CA 94027

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

Defendant Shohei Ohtani
2000 Gene Autry Way
Anaheim, CA, 92806

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035

Defendant Zixiao Gary
Wang 304 Island Lane
Egg Harbor Township, NJ 08234

Defendant Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, FL 33332-3

Defendant Shaquille O'Neal
4012 Sahara Ct
Carrollton, TX 75010

Defendant Naomi Osaka
9621 Arby Dr.
Beverly Hills, CA, 90210

Defendant Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174

**Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983**
**US District Court for the Southern District of Florida**

**Served via Email**

**Jeremy D. Mishkin**
Montgomery McCracken Walker & Rhoads LLP
1735 Market St.
Philadelphia, PA 19103-7505
215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Sam Bankman-Fried**

**Jessica Stebbins Bina**
Latham & Watkins LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
(424) 653-5500
Jessica.stebbinsbina@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Stephanie Anne Casey Colson Hicks Eidson**

**Brandon Scott Floch**
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.
Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

**Jeffrey Eldridge Marcus**
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

**Jeffrey Adam Neiman**
Marcus Neiman & Rashbaum LLP

255 Alhambra Circle, PH
Coral Gables, FL 33134
305-476-7400
305-476-7444
scasey@colson.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Zachary Andrew Lipshultz**
Colson Hicks Eidson 255 Alhambra Circle Coral Gables, FL 33134
305-476-7400
zach@colson.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Andrew B. Clubok Latham & Watkins LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com; new-york-ma-2860@ecf.pacerpro.com; ny-courtmail@lw.com; susan.engel@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Brittany M.J. Record**
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Brittany.Record@lw.com
**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David**

**Elizabeth A. Greenman**
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100 Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
**Counsel for Defendant Tom Brady,**

100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

**Michael Anthony Pineiro**
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
**Counsel for Defendant Kevin O'Leary**

**Andrew B. Brettler**
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com
**Counsel for Defendant Kevin O'Leary**

**Christopher Stephen Carver**
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com; cary.gonzalez@akerman.com
**Counsel for Defendant David Ortiz**

**Jason Samuel Oletsky**
**Akerman LLP**
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com

| | |
|---|---|
| **Gisele Bundchen, and Lawrence Gene David** | **Counsel for Defendant David Ortiz** |
| **Marvin Putnam**<br>Latham & Watkins LLP<br>10250 Constellation Blvd.,<br>Suite 1100 Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com<br>**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David** | **Katherine Ann Johnson**<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>954-463-2700<br>954-463-2224<br>Katie.johnson@akerman.com<br>**Counsel for Defendant David Ortiz** |
| **Michele D. Johnson**<br>Latham & Watkins LLP<br>650 Town Center Drive,<br>20th Floor Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br>**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David** | **Tommy Lydon**<br>MGC Law<br>1320 Main Street, 10th Floor<br>Columbia, SC 29201<br>Main:803-779-2300<br>Direct:803-227-2292<br>Fax:803-748-0526<br>tlydon@mgclaw.com<br>**Counsel for Defendant William Trevor Lawrence** |
| **Susan E. Engel**<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Susan.Engel@lw.com<br>**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David** | **Matthew S. Kahn**<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com<br>**Counsel for Defendant Golden State Warriors, LLC** |
| **Roberto Martinez**<br>Colson Hicks Eidson<br>255 Alhambra Circle,<br>Penthouse Coral Gables, FL 33134-2351<br>305-476-7400<br>bob@colson.com<br>**Counsel for Defendant Tom Brady, Gisele Bundchen, and Lawrence Gene David** | **Telemachus Kasulis**<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Ave<br>New York, NY 10017<br>212-880-9555<br>tkasulis@maglaw.com<br>**Counsel for Defendant Dan Friedberg** |

**Via Mail**

Defendant Stephen Curry
28 Selby Ln
Atherton, CA 94027

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

Defendant Shohei Ohtani
2000 Gene Autry Way
Anaheim, CA, 92806

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234

Defendant Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, FL 33332-3

Defendant Shaquille O'Neal
4012 Sahara Ct
Carrollton, TX 75010

Defendant Naomi Osaka
9621 Arby Dr.
Beverly Hills, CA, 90210

Defendant Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174

**Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC**
**US District Court for the Northern District of California**

**Served via Email**

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Samuel Bankman-Fried**

**Stephanie Avakian**
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington, DC 20037
202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Andrew Goldstein**
Cooley LLP
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone
**Counsel for Defendant Nishad Singh**

**Alex B. Miller**
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
**Counsel for Defendant Gary Wang**

**Served via Mail**
Defendant Caroline Ellison
327 Franklin Street

Defendant Nishad Singh
746 Jennifer Way

Newton, MA 02458

Defendant Zixiao Gary
Wang 304 Island Lane
Egg Harbor Township, NJ 08234

Milpitas, CA 95035

Defendant Sam Trabucco
36 Winner Circle
Wells, ME 04090-5174

**Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620**
**US District Court for the Northern District of California**

**Served via Email**
**Jeremy D. Mishkin**
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Samuel Bankman-Fried**

**Alex B. Miller**
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com
alex.miller@friedfrank.com
**Counsel for Defendant Zixiao Gary Wang**

**Stephanie Avakian**
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Andrew Goldstein Cooley LLP**
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone
**Counsel for Defendant Nishad Singh**

**Served via Mail**
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234

**Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444**
**US District Court for the Northern District of California**

**Served via Email**
**Jeremy D. Mishkin**
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246

**Andrew Goldstein**
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com

jmishkin@mmwr.com
**Counsel for Defendant Samuel Bankman-Fried**

+1 202 842 7800 phone
**Counsel for Nishad Singh**

**Stephanie Avakian**
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Alex B. Miller**
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
**Counsel for Zixiao Wang**

**Served via Mail**
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035

**Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336**
**US District Court for the Northern District of California**

**Served via Email**
**Jeremy D. Mishkin**
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
**Counsel for Defendant Sam Bankman-Fried**

**Stephanie Avakian**
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
**Counsel for Defendant Caroline Ellison**

**Matthew S. Kahn**
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com
**Counsel for Defendant Golden State Warriors, LLC**

**Served via Mail**
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

**Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024**
**US District Court for the Northern District of California**

**Served via Email**

| | |
|---|---|
| **Jeremy D. Mishkin** | **Alex B. Miller** |
| Montgomery McCracken Walker & Rhoads LLP | Fried Frank |
| 1735 Market Street | One New York Plaza |
| Philadelphia, PA 19103-7505 | New York, New York 10004 |
| Direct: 215-772-7246 | T: +1.212.859.8000 |
| jmishkin@mmwr.com | ilan.graff@friedfrank.com; |
| | alex.miller@friedfrank.com |
| **Counsel for Defendant Samuel Bankman-Fried** | **Counsel for Zixiao Gary Wang** |
| | |
| **Stephanie Avakian Wilmer Hale** | **Andrew Goldstein** |
| 2100 Pennsylvania Avenue NW | Cooley LLP |
| Washington DC 20037 | 1299 Pennsylvania Avenue, NW |
| Phone: 202-663-6471 | Suite 700 |
| stephanie.avakian@wilmerhale.com | Washington, DC 20004-2400 |
| **Counsel for Defendant Caroline Ellison** | agoldstein@cooley.com |
| | +1 202 842 7800 phone |
| | **Counsel for Defendant Nishad Singh** |

**Served via Mail**

| | |
|---|---|
| Defendant Caroline Ellison | Defendant Nishad Singh |
| 327 Franklin Street | 746 Jennifer Way |
| Newton, MA 02458 | Milpitas, CA 95035 |

Defendant Zixiao Gary
Wang 304 Island Lane
Egg Harbor Township, NJ 08234

**Statistica Capital Ltd. et al v. Signature Bank, Case No. 1:23-cv-00993**
**U.S. District Court Southern District of New York**

**Served via Email**

| | |
|---|---|
| **H. Christopher Boehning** | **Elizabeth Sacksteder** |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | PAUL WEISS RIFKIND WHARTON & GARRISON LLP |
| 1285 Avenue of the Americas | 1285 Avenue of the Americas |
| New York, NY 10019-6064 | New York, NY 10019-6064 |
| 212-373-3000 | 212-373-3000 |
| cboehning@paulweiss.com | esacksteder@paulweiss.com |
| **Counsel for Defendant Signature Bank** | **Counsel for Defendant Signature Bank** |

**Jessica Sombat Carey**
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
212-757-3990 (fax)
JCarey@paulweiss.com
**Counsel for Defendant Signature Bank**

### Rabitte v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00655
### US District Court for the Northern District of California

**Served via Email**

| | |
|---|---|
| **Brian Edward Cochran** | **Mark Edward McKane** |
| Robbins Geller Rudman & Dowd LLP | Kirkland & Ellis LLP |
| 655 West Broadway, Suite 1900 | 555 California Street |
| San Diego, CA 92101-8498 | San Francisco, CA 94104 |
| (619) 231-1058 | (415) 439-1473 |
| (619) 231-7423 (fax) | (415) 439-1500 (fax) |
| BCochran@rgrdlaw.com | mark.mckane@kirkland.com |
| **Counsel for Plaintiff Patrick J. Rabbitte** | **Counsel for Defendant Thoma Bravo, LP** |
| | |
| **Stuart A. Davidson** | **Stephen M. Silva** |
| Robbins Geller Rudman & Dowd LLP | Kirkland & Ellis LLP |
| 225 NE Mizner Boulevard | 555 California Street |
| Suite 720 | San Francisco, CA 94104 |
| Boca Raton, FL 33432 | 415-439-1359 |
| 561-750-3000 | stephen.silva@kirkland.com |
| 561-750-3364 (fax) | **Counsel for Defendant Thoma Bravo, LP** |
| sdavidson@rgrdlaw.com | |
| **Counsel for Plaintiff Patrick J. Rabbitte** | |
| | |
| **Hadiya Khan Deshmukh** | **Anna Terteryan** |
| Robbins Geller Rudman & Dowd LLP | Kirkland and Ellis LLP |
| Post Montgomery Center | 555 California Street |
| One Montgomery Street, Suite 1800 | Suite 2700 |
| San Francisco, CA 94104 | San Francisco, CA 94104 |
| (415) 288-4545 | 415-439-1864 |
| (415) 288-4534 (fax) | 415-439-1500 (fax) |
| hdeshmukh@rgrdlaw.com | anna.terteryan@kirkland.com |
| **Counsel for Plaintiff Patrick J. Rabbitte** | **Counsel for Defendant Thoma Bravo, LP** |
| | |
| **Kenneth P. Dolitsky** | **Eric Ian Niehaus** |
| Robbins Geller Rudman & Dowd LLP | Robbins Geller Rudman and Dowd LLP |

| | |
|---|---|
| 655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>(619) 231-1058<br>(619) 231-7423 (fax)<br>kdolitsky@rgrdlaw.com<br>**Counsel for Plaintiff Patrick J. Rabbitte** | 655 West Broadway<br>Suite 1900<br>San Diego, CA 92101-3301<br>619-231-1058<br>619-231-7423 (fax)<br>ericn@rgrdlaw.com<br>**Counsel for Plaintiff Patrick J. Rabbitte** |
| **Anny Marie Martin**<br>Robbins Geller Rudman & Dowd LLP<br>Robbins Geller Rudman & Dowd LLP<br>225 NW Mizner Blvd.,<br>Suite 720<br>33432<br>Boca Raton, FL 33432<br>561-750-3000<br>561-750-3364 (fax)<br>amartin@rgrdlaw.com<br>**Counsel for Plaintiff Patrick J. Rabbitte** | **Shawn A. Williams**<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>One Montgomery Street<br>Suite 1800<br>San Francisco, CA 94104<br>415-288-4545<br>415-288-4534 (fax)<br>shawnw@rgrdlaw.com<br>**Counsel for Plaintiff Patrick J. Rabbitte** |

**Girshovich v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00945**
**US District Court for the Northern District of California**

Served via Email

| | |
|---|---|
| **Azra Zahoor Mehdi**<br>The Mehdi Firm, PC<br>One Market<br>Spear Tower, Suite 3600<br>San Francisco, CA 94105-1420<br>(415) 293-8039<br>(415) 293-8001 (fax)<br>azram@themehdifirm.com<br>**Counsel for Plaintiff Mark Girshovich** | **Mark Edward McKane**<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>27th Floor<br>San Fransisco, CA 94104-1603<br>415-439-1400<br>415-439-1500 (fax)<br>mmckane@kirkland.com<br>**Counsel for Defendant Thoma Bravo, LP** |
| **Stephen M. Silva**<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>415-439-1359<br>stephen.silva@kirkland.com<br>**Counsel for Defendant Thoma Bravo, LP** | **Anna Terteryan**<br>Kirkland and Ellis LLP<br>555 California Street<br>Suite 2700<br>San Francisco, CA 94104<br>415-439-1864<br>415-439-1500 (fax)<br>anna.terteryan@kirkland.com<br>**Counsel for Defendant Thoma Bravo, LP** |

**O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700**
**US District Court for the Southern District of Florida**

**Served via Email**

| | |
|---|---|
| **Frank Bonaventure**<br>BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, PC<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202<br>fbonaventure@bakerdonelson.com<br>**Counsel for Defendant Farmington State Bank d/b/a Moonstone Bank** | **Ty Kelly**<br>BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, PC<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202<br>tykelly@bakerdonelson.com<br>**Counsel for Defendant Farmington State Bank d/b/a Moonstone Bank** |
| **Jeffrey Robertson**<br>SCHULTE ROTH & ZABEL LLP<br>901 Fifteenth Street, NW<br>Suite 800<br>Washington, DC 20005<br>jeffrey.robertson@srz.com<br>**Counsel for Tiger Global Management, LLC** | **Peter White**<br>SCHULTE ROTH & ZABEL LLP<br>901 Fifteenth Street, NW<br>Suite 800<br>Washington, DC 20005<br>pete.white@srz.com<br>**Counsel for Tiger Global Management, LLC** |
| **David Richardson Atkinson, Jr.**<br>Gunster Yoakley & Stewart<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401<br>561-650-0547<br>datkinson@gunster.com<br>**Counsel for Defendant Fenwick & West LLP** | **Nicole K. Atkinson**<br>Gunster, Yoakley & Stewart, PA<br>Suite 500 E<br>777 S Flagler Dr<br>West Palm Beach, FL 33401-6194<br>561/650-0561<br>561/655-5677 (fax)<br>natkinson@gunster.com<br>**Counsel for Defendant Fenwick & West LLP** |

**Served via Mail**

| | |
|---|---|
| Defendant Signature Bank<br>565 Fifth Avenue<br>New York, NY 10017 | Defendant Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas |
| Defendant Jean Chalopin<br>Deltec House, Lyford Cay<br>Nassau, Bahamas | Defendant Thoma Bravo LP<br>c/o The Corporation Trust Company<br>28 Liberty Street |
| Defendant Temasek Holdings (Private) Limited<br>c/o Registered Agent Corporation Service Company<br>251 Little Falls Drive | Defendant Softbank Vision Fund (AIV M2) L.P.<br>c/o Registered Agent Corporation Service Company<br>251 Little Falls Drive |

-11-

Wilmington, DE 19808

Wilmington, DE 19808

Defendant Ribbit Capital, LP
c/o Registered Agent The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Defendant Altimeter Capital Management, LP
Through Its Registered Agent, The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Defendant Sino Global Capital Limited
C/O Matthew Graham
Chaoyang, Beijing
Beijing Shi 100125
China

Defendant Multicoin Capital Management LLC
501 West Avenue
Apt. 3803
Austin, TX 78701

Defendant Softbank Group Corp.
1 Circle Star Way
4F
San Carlos, CA 94070

Defendant Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

**Lucky D., et al. v. Prager Metis, LLP, Case No. 2:23-cv-00389**
**US District Court for the District of New Jersey**

**Served by Email**
**Jacob Blacklock**
LEHMAN, LEE & Xu LLC
c/o LEHMAN, LEE & XU
Suite 33 13, Tower One, Times Square
l Matheson Street, Causeway Bay. Hong Kong
852-3588-2188
jblacklock@lehmanlaw.com
**Counsel for Plaintiffs J Bell, Justin Berk, Lucky D, K David, P Devin, Drake HK, Yang How, S James, Edward Johns, S Jong, B Ken, Nickle Lee, Loods B.V., Jong R.D., S Roberts, Sunli, Khoo Wing, How Yuan, and L Zhao**

**AMY CANNING**
Lewis Brisbois Bisgaard & Smith LLP
One Riverfront Plaza
Suite 800
Newark, NJ 07102
203-722-3105
amiecanning@gmail.com
**Counsel for Defendant Prager Metis LLP**

**Edward Lehman**
LEHMAN, LEE & Xu LLC
c/o LEHMAN, LEE & XU
Suite 33 13, Tower One, Times Square
l Matheson Street, Causeway Bay. Hong Kong
852-3588-2188
elehman@lehmanlaw.com
**Counsel for Plaintiffs J Bell, Justin Berk,**

**PETER THOMAS SHAPIRO**
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
77 WATER STREET
SUITE 2100
NEW YORK, NY 10005
(212) 232-1322
(212) 232-1399 (fax)

| | |
|---|---|
| **Lucky D, K David, P Devin, Drake HK, Yang How, S James, Edward Johns, S Jong, B Ken, Nickle Lee, Loods B.V., Jong R.D., S Roberts, Sunli, Khoo Wing, How Yuan, and L Zhao** | peter.shapiro@lewisbrisbois.com<br>**Counsel for Defendant Prager Metis LLP** |
| **ANTHONY SCORDO**<br>1425 POMPTON AVENUE<br>CEDAR GROVE, NJ 07009<br>973 837-1861<br>anthonyscordo@msn.com<br>**Counsel for Plaintiffs J Bell, Justin Berk, Lucky D, K David, P Devin, Drake HK, Yang How, S James, Edward Johns, S Jong, B Ken, Nickle Lee, Loods B.V., Jong R.D., S Roberts, Sunli, Khoo Wing, How Yuan, L Zhao, and Morebet, Ltd.** | **MEREDITH KAPLAN STOMA**<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>ONE RIVERFRONT PLAZA<br>SUITE 800<br>NEWARK, NJ 07102<br>(973) 577-6260<br>meredith.stoma@lewisbrisbois.com<br>**Counsel for Defendant Prager Metis LLP** |
| **Joanna Rubin Travalini**<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com<br>**Counsel for Defendant Prager Metis LLP** | |

Dated: March 24, 2023

Respectfully submitted,

By: */s/ Polly Towill*
      Polly Towill
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (213) 620.1780
ptowill@sheppardmullin.com

*Co-Counsel for Defendants,
Silvergate Capital Corporation, Silvergate Bank, and Alan J. Lane*